UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>JAHSON FEVERIE,<br><br>Defendant. | 17 Cr. 283 (LAP)<br><br>ORDER |

For the reasons set forth in the letter of May 31, 2022, by which counsel for defendant JAHSON FEVERIE (DOB: 1/29/2001) seeks records from the New York City Department of Education regarding Mr. FEVERIE,

**IT IS HEREBY ORDERED** that, on or before June 10, 2022, the New York City Department of Education is ordered to produce to Julie Smyth, LMSW all school records [handwritten: at 535 Flatbush Ave #200, Brooklyn, NY 11225] associated with JAHSON FEVERIE (DOB 1/29/2001), including transcripts and all special education records retained by the Committee for Special Education (CSE). The last school Mr. FEVERIE attended was Passages Academy within the Horizon Juvenile Detention Facility.

Dated: NEW YORK, NEW YORK
       May 31, 2022

SO ORDERED:

_Loretta A. Preska_
HON. LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE