

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

September 13, 2022

**Via ECF**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

        Re:    *United States of America v. Jahson Feverie*
              Ind. No.: 17 Cr. 283 (LAP)

Dear Judge Preska:

    Presently, the Court has scheduled a sentencing hearing on this matter for September 27, 2022. I have recently learned that Mr. Feverie was admitted to a local hospital due to a concerning medical condition. This development has made communication between defense counsel, our mitigation specialist and Mr. Feverie very difficult. In fact, this lack of communication has slowed down our efforts - considerably - in preparing our sentencing submission and mitigation report in advance of a sentencing hearing.

    Therefore, I respectfully request that the Court adjourn Mr. Feverie's sentencing hearing until the week of December 12, 2022. The Government has no objection to my request.

    Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Feverie

By: Steven Brill

*Sentencing is adjourned to December 14, 2022 at 11:00 a.m.*

SO ORDERED
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

9/14/22