

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

February 28, 2023

<u>Via ECF</u>
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

      Re:    *United States of America v. Jahson Feverie*
              Ind. No.: 17 Cr. 283 (LAP)

Dear Judge Preska:

    Sentencing on this matter is set for March 15, 2023.  As the Court may remember, Mr. Feverie had sustained a serious medical issue which led to his admission into a hospital for treatment.  Presently, he is now in a rehabilitation center, and has been there for several months.  In addition, the Court has authorized sentencing mitigation experts to assist the defense, and their work in ongoing and requires more time.  Without objection from the government, I respectfully request that Mr. Feverie's sentencing be adjourned for at least 90 days.

    Thank you for your consideration.

```
The sentencing is adjourned.
The parties shall appear for
sentencing on June 28, 2023,
at 10:00 AM in Courtroom 12A.

SO ORDERED

*Loretta A. Preska*
3/1/23
```

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Feverie

_____
By: Steven Brill